# RUBIN LUBLIN, LLC

Attorneys and Counselors at Law
3145 AVALON RIDGE PLACE, SUITE 100
PEACHTREE CORNERS, GA 30071
TEL (877) 813-0992
FAX (404) 601-5846

November 27, 2018

**VIA FIRST CLASS MAIL**

Howard P. Slomka, Esq.
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

**RE:    Bankruptcy Case No. 18-53066-JWC**
**Brent Charles Williams**
**Loan No. 5826**

Dear Howard P. Slomka, Esq.:

Please consider this letter as notice pursuant to the Consent Order entered in the above-referenced Chapter 13 case on September 5, 2018 pursuant to a Motion for Relief from Automatic Stay filed on July 20, 2018 by PennyMac Loan Services, LLC. The Consent Order provides that the Automatic Stay pursuant to 11 U.S.C. §362 may be immediately terminated upon the entry of an Order by the Court after said notice has been provided.

You are hereby notified that your client has ten (10) days from the date of the receipt of this notice to tender <u>certified funds</u> to PO Box 660929, Dallas, TX 75266-0929 in the amount of **$8,078.88**. The certified funds should be made payable to PennyMac Loan Services, LLC.

| Description | From | To | Amount | Total |
|---|---|---|---|---|
| Missed Payment Group 1 | 09/01/2018 | 11/01/2018 | $1,761.04 | $5,283.12 |
| Missed Stip/Cure Payments | 09/15/2018 | 11/15/2018 | $578.24 | $1,734.72 |
| Suspense Balance Credit | | | $-700.00 | $-700.00 |
| Instantor Payment per Agreed Order | 08/30/2018 | 08/30/2018 | $1,761.04 | $1,761.04 |
| Grand Total | | | | $8,078.88 |

Sincerely,

Lisa F. Caplan

cc:
Brent Charles Williams, 9124 Alden Drive, Locust Grove, GA 30248
Nancy J. Whaley, 303 Peachtree Center Avenue, Suntrust Garden Plaza, Suite 120, Atlanta, GA 30303

Exhibit B