## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : **CASE NO: 18-53066-JWC** |
| | : **CHAPTER: 13** |
| | : |
| **BRENT CHARLES WILLIAMS** | : |
| **Debtor** | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - |
| **PENNYMAC LOAN SERVICES, LLC,** | : |
| **Movant,** | : |
| | : **CONTESTED MATTER** |
| **vs.** | : |
| | : |
| **BRENT CHARLES WILLIAMS** | : |
| **NANCY J. WHALEY, Trustee** | : |
| **Respondents.** | : |

### AFFIDAVIT OF DEFAULT UNDER CONSENT ORDER

STATE OF ___Texas___

COUNTY OF ___Tarrant___

    **RE:**   **Loan No. XXXXXX5826**

BEFORE ME, THE UNDERSIGNED attesting authority in and for said State and County, who is over the age of eighteen (18) and having been duly sworn deposes and says the following under oath:

1. This Affidavit relates to a default by the Debtor in the terms of a Consent Order (hereinafter, referred to as the "Order") entered by this Court on September 5, 2018.

2. Pursuant to the terms of the Order, the Debtor was required to make certain payments to Movant. Deponent, based on review of the business records during the normal course of business as well as personal knowledge of the Debtor's accounts, finds that the Debtor is delinquent under the terms of said Order.

# EXHIBIT A

Affidavit of Default
Case# 18-53066-JWC

3. On November 27, 2018, a Notice of Default was issued to the Debtor and Debtor's counsel, stating that the amount necessary to bring the account current under the terms of the Order was **$8,078.88**.

4. The Notice gave the Debtor ten (10) days to cure the arrearage under the Order. To this date, the Debtor has not cured the default. The amount currently in default under the Order is **$13,308.86**. This figure is comprised of:

| Description | From | To | Amount | Total |
|---|---|---|---|---|
| Missed Payment Group 1 | 10/01/2018 | 03/01/2019 | $1,761.04 | $10,566.24 |
| Missed Stip/Cure Payments | 10/15/2018 | 02/15/2019 | $578.24 | $2,891.20 |
| Suspense Balance Credit | | | $-148.58 | $-148.58 |
| Grand Total | | | | $13,308.86 |

_____
Affiant

SHERIAN HOPKINS
Print Name

Sworn to and subscribed
before me this ___6th___ day
of ___March 2019___.

_Elsie Kroussakis_

Notary Public

ELSIE KROUSSAKIS
Notary Public, State of Texas
Comm. Expires 10-14-2019
Notary ID 1025456

# EXHIBIT A

Affidavit of Default
Case# 18-53066-JWC