**IT IS ORDERED as set forth below:**

Date: March 8, 2019

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 18-53066-JWC |
| | : | |
| | : | CHAPTER 13 |
| | : | |
| BRENT CHARLES WILLIAMS | : | |
|     Debtor | : | |
| ------------------------------------- | -- | ------------------------------ |
| PENNYMAC LOAN SERVICES, LLC, | : | |
|     Movant, | : | |
| | : | CONTESTED MATTER |
| vs. | : | |
| | : | |
| BRENT CHARLES WILLIAMS | : | |
| NANCY J. WHALEY, Trustee | : | |
|     Respondents. | : | |

### ORDER MODIFYING AUTOMATIC STAY

PennyMac Loan Services, LLC, for itself, its successors and assigns, (the "Movant"), filed a Motion for Relief from Automatic Stay on July 20, 2018 [Dkt. No. 26], which was set for a hearing on August 28, 2018 and settled by a Consent Order (the "Order") entered on September 5, 2018 [Dkt No. 35]. The Order required that Debtor pay certain payments to cure the post-petition arrearage and make

future payments when due.  Debtor`s property, which is the subject of the Motion is located at **9124 ALDEN DRIVE, LOCUST GROVE, GA 30248** (the "Property").  Movant filed a Default Motion on March 6, 2019 [Dkt. No. 55] supported by an Affidavit asserting that Movant served a Notice of Default in accordance with the terms of the Order providing Debtor an opportunity to cure and/or contest a default.  It appears that Debtor has failed to cure and/or contest said default within the time allotted under the Order; accordingly, it is hereby

**ORDERED** that the Motion is *granted*: the automatic stay of 11 U.S.C. §362 is **MODIFIED** to allow Movant to foreclose the Property and take possession thereof in pursuit of its state law remedies; provided, however, any proceeds remaining after foreclosure of the Property which exceed the lawful claim of Movant shall be promptly remitted to the Chapter 13 Trustee.  Trustee shall cease disbursements to Movant on its Proof of Claim. The 14-day stay provided in Bankruptcy Ruled 4001(a)(3) shall not apply to this Order and Movant may proceed without further delay.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

DISTRIBUTION LIST

Brent Charles Williams
9124 Alden Drive
Locust Grove, GA 30248

Howard P. Slomka, Esq.
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Nancy J. Whaley, Trustee
303 Peachtree Center Avenue
Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071