**IT IS ORDERED as set forth below:**

**Date: June 8, 2022**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | \| | CASE NUMBER: 18-53066 |
| | \| | |
| **BRENT CHARLES WILLIAMS,** | \| | |
| Debtor. | \| | CHAPTER 13 |
| _____ | \|_____ | |

### ORDER AND NOTICE OF HEARING FOR DEBTOR TO SHOW CAUSE
### WHY CASE SHOULD NOT BE CLOSED WITHOUT ENTRY OF DISCHARGE

The docket reflects that the Chapter 13 Trustee filed a notice of plan completion and final

report and accounting (Docket Nos. 61 & 64 ). Because the Debtor has failed to file the 11

U.S.C. § 1328 Certificate, the Court is unable to enter a discharge. Accordingly, it is

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Debtor shall appear and show

cause why this bankruptcy case should not be closed without entry of a discharge on

Case 18-53066-jwc   Doc 65   Filed 06/08/22   Entered 06/08/22 15:09:24   Desc Main
Case 18-53066-jwc   Doc 65   Filed 06/08/22   Entered 06/08/22 15:09:24   Desc Main
Document      Page 2 of 2

__June 28, 2022__ at _10:20 a.m._ , in Courtroom 1203, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.  If the Debtor files all necessary documents prior to the hearing date, the matter shall be removed from the calendar. If all necessary documents are not filed at the time set for hearing, absent further order of the Court, the Clerk is authorized to close this case without the entry of a discharge.

Parties may attend the Hearing in person or via Zoom at the following link: https://www.zoomgov.com/j/1604595648?pwd=ME1vQWt5WTZmQjhKdXJqWG55TWl3Zz09  The zoom link is best used on a desktop or laptop computer but may be used on a phone or tablet and can also be found at the Virtual Hearing Room link on the Court's webpage at www.ganb.uscourts.gov/content/honorable-jeffery-w-cavender. Parties unable to participate in the proceedings in person or virtually via zoom may participate telephonically at the following number: 833 568 8864 US Toll-free Meeting ID: 160 459 5648.

The Clerk is directed to serve copies of this Order and Notice upon the Debtor, counsel for the Debtor, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**